JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUNSET DRIVE CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF REDLANDS,<br><br>Defendant. | No.   CV 02-9109 PA (RCx)<br><br>JUDGMENT |

In accordance with the Court's December 2, 2008 Minute Order granting summary judgment in favor of defendant City of Redlands ("Redlands"), there are no remaining claims pending in this action.

It is therefore now ORDERED, ADJUDGED, and DECREED that judgment is entered in this action as follows:

1.   Plaintiff Sunset Drive Corporation ("Plaintiff") shall recover nothing from Redlands;

2.   Redlands shall have judgment in its favor on each of Plaintiff's claims for relief; and

3.     Redlands shall recover from Plaintiff its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED: December 2, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE